

**Court of Appeals**
**Fifth District of Texas at Dallas**
George L. Allen Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202

N TEXAS
DALLAS 750
02 APR '14
PM 9 L



UNITED STATES POSTAGE
PITNEY BOWES
02 1A            $ 00.48⁰
0004359415    APR 01 2014
MAILED FROM ZIP CODE 7520

CASE: 05-13-01375-CV
ERNEST C. THIBODEAUX
400 N. ERVAY ST.
DALLAS, TX 75201

ANK

NIXIE        750    7E 1009       0006/04/14
            RETURN TO SENDER
        ATTEMPTED - NOT KNOWN
            UNABLE TO FORWARD

BC: 75202663150      *1834-01666-02-34